THE AMITY INSURANCE COMPANY, Respondent, v. THE PENN-
SYLVANIA RAILROAD COMPANY, Appellant.

(Argued May 1, 1883 ; decided May 8, 1883.)

*Osborn E. Bright* for appellant.

*G. A. Clement* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.          °